MINUTE ENTRY
ENGELHARDT, J.
SEPTEMBER 2, 2009

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL AUCOIN, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-3690 |
| EXXON MOBIL CORP., ET AL | SECTION "N" |

### JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, SEPTEMBER 2, 2009 AT 9:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Vic DiGiorgio

APPEARANCES: Jeremiah Sprague and Timothy Falcon, for Plaintiffs
　　　　　　　Valerie Sercovich and Martin Stern, for Defendant, Exxon Mobil

**MOTION OF PLAINTIFFS TO REMAND (Rec. Doc. No. 35)**

Argument - ORDERED DENIED. Reasons orally stated.

JS-10: 0:32