UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL AUCOIN, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-3690 |
| EXXON MOBIL CORP., ET AL | SECTION "N" (5) |

### ORDER AND REASONS

Presently before the Court is "Exxon Mobil Corporation, ExxonMobil Oil Corporation and Humble Incorporated's Motion to Dismiss for Failure to State a Claim on Which Relief Can Be Granted" (Rec. Doc. 106). Relying on *Bulot v. Intracoastal Tubular Services, Inc.,* 888 So. 2d 1017 (La. Ct. App. 4 Cir. 11/3/04), *writ denied,* 896 So.2d 1005 and 896 So.2d 1011 (La. 3/18/05), Movants ask the Court to dismiss Plaintiffs' claims for punitive damages asserted as part of wrongful death actions authorized by Louisiana Civil Code article 2315.2 . On the showing made, and for essentially the reasons set forth in Plaintiffs' opposition memoranda (Rec. Docs. 112 and 120), **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 28th day of March 2011.

                                          **KURT D. ENGELHARDT**
                                          **United States District Judge**