UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHERYL AUCOIN, ET AL.                         CIVIL ACTION

VERSUS                                        NUMBER: 09-03690

EXXON MOBIL CORP., ET AL.                     SECTION: "N"(5)

O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the defendants to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the claims of the plaintiffs, Leo Evans, Sr. and Harold Evans, are dismissed without prejudice.

New Orleans, Louisiana, this 19th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE