IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL AUCOIN, ET AL.,** § | | CIVIL ACTION NO. 09-3690 |
| Plaintiff, § | | |
| § | | Section "G" |
| § | | |
| § | | Judge Nannette Jolivette Brown |
| **v.** § | | |
| § | | Magistrate Judge Alma L. Chasez |
| § | | |
| **EXXON MOBIL CORPORATION,** § | | Jury Trial Requested |
| **ET AL.,** § | | |
| Defendants. § | | |
| § | | |

## PLAINTIFFS' PHASE II SCHEDULING ORDER

In order to facilitate the orderly, efficient, and expeditious disposition of the claims asserted by the Plaintiffs in this case:

IT IS ORDERED that the Parties comply with the Phase II Scheduling Order described below. In the event that future developments require alteration of this plan, the Court may, at the request of any party or upon its own motion, adopt changes to or alterations of this plan. It is intended that this Phase II Scheduling Order govern discovery and pretrial proceedings for those plaintiffs and defendants that are selected according to the deadlines set forth below.

**I.   Settlement Conferences**

It is further ORDERED that a settlement conference will be scheduled relative to all claims. At the October 24, 2011 conference, counsel for the parties are to bring their calendars and are to be prepared to agree on settlement conference dates. It is further ORDERED that prior to the settlement conference, plaintiffs will submit an individual monetary demand for the

complete resolution of each plaintiffs' claim and defendants will provide an individual response to each plaintiff.

## II.     Trial Flight Plaintiffs Selection:

1.      The Parties shall submit to the Court by November 21, 2011, a joint proposed list of 5 Trial Flight Plaintiffs. If the Parties cannot agree on such a list by November 14, 2011, then both sides shall submit their competing proposals to the Court by November 21, 2011. These submissions shall be accompanied by any briefing that would assist the Court in determining whether the proposed Trial Flight Plaintiffs are appropriate for helping identify issues that will result in the just expeditious disposition of the remaining claims.

2.      If necessary by December 10, 2011, the Court will determine the identity and number of Trial Flight Plaintiffs who will be grouped for discovery and trial.

## III.    Target Defendants:

Plaintiffs will preliminarily identify Target Defendants for the Trial Flight Plaintiffs by January 31, 2012. Plaintiffs will be permitted to amend the Target Defendant list no later than February 29, 2012, and in response to dispositive motions, may move to amend with leave of Court.

## IV.    Written Discovery:

Target Defendants and Trial Flight Plaintiffs may serve written discovery requests that are not duplicative of Phase I Discovery.

## V.     Preliminary Witness and Exhibit Lists:

All parties' preliminary fact and expert witness lists and preliminary exhibit lists will be served by March 12, 2012.

**VI.   Experts:**

The parties will exchange expert reports by April 30, 2012.

**VII.  Discovery:**

Discovery ends June 30, 2012.

**VIII. Final Witness and Exhibit Lists:**

The parties will exchange final witness and exhibit lists by May 10, 2012.

**IX.   Motions:**

1. *Daubert* Motions will be filed by July 15, 2012.

2. Dispositive Motions will be filed by July 15, 2012.

**X.    Dates to be determined by the Court:**

1. All other pretrial motions.

2. Joint pretrial order.

4. Trial dates.

New Orleans, Louisiana, this _____ day of _____, 2011.


_____
MAGISTRATE JUDGE ALMA L. CHASEZ