UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHERYL AUCOIN, ET AL.                                   CIVIL ACTION

VERSUS                                                  NUMBER: 09-03690

EXXON MOBIL CORP., ET AL.                               SECTION: "N"(5)

O R D E R

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the plaintiffs, Moises Herrera and Tom Stewart, to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the claims of the plaintiffs, Moises Herrera and Tom Stewart, are dismissed with prejudice.

New Orleans, Louisiana, this 18th day of November, 2011.

UNITED STATES DISTRICT JUDGE